# LAW OFFICE OF BETH WATKINS

926 CHULIE DRIVE
SAN ANTONIO, TEXAS 78216
210.225.6666- PHONE
210.225.2300- FAX
WWW.WATKINSAPPEALS.COM

BETH WATKINS†
BETH.WATKINS@WATKINSAPPEALS.COM

SHANNON K. DUNN
SHANNON.DUNN@WATKINSAPPEALS.COM

July 24, 2015

> **FILED IN**
> 14th COURT OF APPEALS
> JUL 27 2015
> CHRISTOPHER A. PRINE
> CLERK
> MAILED
> 7/24/15

Mr. Christopher A. Prine
Clerk of the Court
Fourteenth Court of Appeals
301 Fannin Street, Room 245
Houston, Texas 77002

re:  Cause No. 14-15-00517-DV, *Rotenco, S.A. De C.V. v. Oscar Pulido Individually and d/b/a International Industrial Suppliers Co., Surtind, Inc. and Surtind Imp. & Exp., S.A. De C.V.*

Dear Mr. Prine:

My office represents Appellant Rotenco, S.A. De C.V. in the above entitled and numbered cause. I ask that you please prepare a CD containing a copy of the appellate record in this cause and send it to me via first-class mail in the enclosed self-addressed, pre-paid CD mailer.

Please do not hesitate to contact me if I can be of any further assistance.

Sincerely,

Shannon K. Dunn

Shannon K. Dunn

encl.

---

† Board Certified – Civil Appellate Law, Texas Board of Legal Specialization